**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
```
                                                             :
  **FIELDS,**                                                :
                                                             :
                                  **Plaintiff,**             :        **1:25-cv-7305**
                                                             :
                          **-against-**                      :        **ORDER**
                                                             :
  **BRONXDALE ENTERPRISE INC ET AL,**                        :
                                                             :
                          **Defendants.**                    :
                                                             :
```
------------------------------------------------------------ x
```
**ANDREW L. CARTER, JR., United States District Judge:**

On April 1, 2026, the Court ordered Plaintiff to show cause by April 16, 2026 as to why this action should not be dismissed without prejudice for failure to prosecute the case pursuant to Fed. R. Civ. P. 41(b).  ECF No. 9.  Such showing was not made.  Accordingly, this case is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).  *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute . . .").

**SO ORDERED.**

**Dated**:   April 16, 2026
            New York, New York

_____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**

1